WILLIAM L. BOWMAN, Respondent, v. BULWER REALTY CORPORATION and Others, Defendants, Impleaded with HENRY G. SACHTER, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the verdict is against the weight of the credible evidence. It is to be noted as well that the refusal to receive evidence of the transactions in regard to the property in question between the defendant and his ultimate purchaser was error. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FRANCES LEAHY, Respondent, v. 247–255 WEST 38TH STREET REALTY CORPORATION and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MICHAEL PIPPO, an Infant, by LOUIS PIPPO, His Guardian ad Litem, Respondent, v. FLOYD HAVILAND, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS PIPPO, Respondent, v. FLOYD HAVILAND, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE NORWALK TIRE & RUBBER COMPANY, INC., Respondent, v. EDWARD HAUSCHILD, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BARTH & GUTTMAN, Respondent, v. SAMUEL BRIER, as Trustee of the Assets of HENRY D. LEVINE for the Benefit of Creditors, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HEWSON, WOLFE & CO., INC., Respondent, v. SEWARD W. EHRICH and Another, Appellants.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

M. B. GARAGE CO., INC., Appellant, Respondent, v. JOHN A. LITT and ELIAS L. ROCKMORE, Respondents, Appellants, Impleaded, etc.— Order, so far as appealed from, affirmed, without costs, with leave to plaintiff to serve an amended complaint within twenty days from service of order with notice of entry thereof upon payment of ten dollars costs of motion awarded to defendants by the order appealed from. The second cause of action is sustained as being good under the General Corporation Law, the reference in paragraph 21 of the complaint to the " Stock " Corporation Law being obviously a typographical error. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BERNARD FLEISCHAKER and Another, Copartners, etc., Appellants, v. GEM TOY CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

UFA FILMS, INCORPORATED, Appellant, v. DAVID BRILL and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [134 Misc. 129.]